1  Katherine M. Basile (SBN 132518)
   Email: kbasile@reedsmith.com
2  Jason E. Garcia (SBN 198177)
   Email: jgarcia@reedsmith.com
3  Donald A. Cespedes (SBN 321650)
   Email: dcespedes@reedsmith.com
4  REED SMITH LLP
   P.O. Box 10012
5  Palo Alto, CA 94303
   Telephone:    +1 650 352 0500
6  Facsimile:    +1 650 352 0699

7  Attorneys for Plaintiff Delicato Vineyards

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  DELICATO VINEYARDS                    CIVIL ACTION NO.:

12                 PLAINTIFF,             **COMPLAINT FOR TRADEMARK
                                          INFRINGEMENT, TRADE DRESS
13  VS.                                   INFRINGEMENT, FALSE
                                          DESIGNATION OF ORIGIN, AND
14  VIÑA CONCHA Y TORO S.A.; FETZER       UNFAIR COMPETITION**
    VINEYARDS
15                                        **[DEMAND FOR JURY TRIAL]**
                   DEFENDANTS.
16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, FALSE ASSOCIATION,
AND UNFAIR COMPETITION

# COMPLAINT

Plaintiff Delicato Vineyards ("Delicato" or "Plaintiff"), by its undersigned attorneys, for its Complaint against Defendants Viña Concha Y Toro S.A and Fetzer Vineyards (Defendants), alleges as follows:

# NATURE OF ACTION

1.      This is an action against Viña Concha Y Toro S.A and Fetzer Vineyards for unauthorized use of a trademark and trade dress in a manner that violates Delicato Vineyards' trademark rights in its NIGHTHAWK BLACK trademark and associated trade dress. The conduct at issue constitutes trademark infringement, false designation of origin, and unfair competition.  This action is brought under federal law for Trademark Infringement (15 U.S.C. § 1114); False Designation of Origin (15 U.S.C. § 1125(a)); Trade Dress Infringement (15 U.S.C. § 1125(a)); and for Common Law Trademark Infringement and Unfair Competition (Cal. Bus. & Prof. Code § 17200).

2.      Defendants market, offer, and sell a variety of wines under the FRONTERA brand, including both bottled and boxed wine.  Defendants have adopted a label on this product and packaging that infringes Plaintiff's well-established NIGHTHAWK trademarks and copies the look and feel of Plaintiff's Nighthawk Trade Dress in its label design. Specifically the FRONTERA brand of boxed wine, which features 1) a bird of prey, 2) an evening or night time setting, and 3) a mountainous background, closely copies Delicato's Nighthawk Trade Dress and infringes on its NIGHTHAWK trademarks.

3.      Delicato and Defendants sell their bottled and boxed wine goods in the same channels of trade, and Defendants' use of identical features to the Nighthawk Trade Dress is likely to  confuse or deceive consumers into believing that both Plaintiff's and Defendants' products are affiliated or originate from the same source.

4.      Defendants' use of a bird of prey and nighttime background also creates a graphic representation of Plaintiff's registered NIGHTHAWK trademarks, which is likely to confuse or deceive consumers into believing that Defendants' goods are affiliated with Plaintiff or originate from the same source.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, FALSE ASSOCIATION, AND UNFAIR COMPETITION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## PARTIES

5.     Plaintiff, Delicato, is a corporation organized and existing under the laws of the State of California, with a principal place of business at 12001 South Highway 99, Manteca, CA 95336. Delicato is a global wine brand and is one of the fastest growing wine companies in the world. The business has been family owned and operated for nearly a century, and its products are sold throughout the United States, including in the Northern District of California.

6.     Defendant Viña Concha Y Toro S.A is, upon information and belief, a corporation organized and existing under the laws of Chile, with a principle place of business at Casilla 213 Nueva Tajamar 481 Norte Piso 15 Las, Santiago Chile F3, and that defendant Fetzer Vineyards is a subsidiary of Viña Concha Y Toro S.A.

7.     Fetzer Vineyards is, upon information and belief, a corporation organized and existing under the laws of the State of California, with a principal place of business at 12901 Old River Road, Hopland CA 95449, and a subsidiary of Viña Concha Y Toro S.A.

## JURISDICTION AND VENUE

8.     This Court has personal jurisdiction over Defendants, because, on information and belief, Defendants have their principal place of business in the State of California, or conduct business in the State of California and this judicial district.

9.     This Court has original subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. §§ 1338(a)-(b) (actions arising under an Act of Congress relating to trademarks), 28 U.S.C. § 1331 (actions arising under the laws of the United States), 15 U.S.C. § 1121 (actions arising under the Lanham Act), and 15 U.S.C. § 1051 et seq. (provisions of the Lanham Act).

10.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) because this is the judicial district in which (i) a substantial part of the events or omissions giving rise to the claims occurred; and (ii) where Defendants resides or conducts business.

## INTRA DISTRICT ASSIGNMENT

11.     Because this is an intellectual property case, it is subject to assignment to any division pursuant to Civil Local Rule 3-2(c).

COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, FALSE ASSOCIATION, AND UNFAIR COMPETITION

**FACTS COMMON TO ALL COUNTS**

12.     Plaintiff Delicato is a family-owned and operated winery that has been in business for over 90 years, with a well-established branded business consisting of high-quality products. The story of Delicato began in 1924, when Gaspare Indelicato, an emigrant from Italy, planted the first Delicato vineyard in Manteca, CA, a place that reminded Gaspare of his own homeland. Gaspare's goal was to establish an exceptional winery with a strong reputation for making quality wines. Together with his sons, Gaspare forged ahead, continuing to build a legacy and reputation that is now world-renowned and in its fourth generation.

13.     Delicato distinguishes itself from other wineries and suppliers through its core values. Delicato is dedicated to maintaining integrity, partnership, and sustainability, and inherently understands that its community, customers, and partners are the heart of its business. Delicato is driven by its belief that the way in which business is conducted is just as important as the business itself, and is committed to being a business that does the right things for its employees, its customers, and the community. These core beliefs are credited for Delicato's longevity and near century-long success and growth in the global wine industry.

14.     Since its founding, Delicato has enjoyed continuous and significant growth, both in size as well as sales and revenue. By 1940, only sixteen (16) years after it was founded, Delicato's winery flourished, making and selling about 15,000 gallons of wine a year. By 1955, production had quintupled to 74,107 gallons of wine a year. By 1964, Delicato again increased its production capacity to 403,000 gallons a year. This steady growth has continued over the decades, with Delicato consistently sustaining double-digit growth over the last decade. In fact, between 2010-2021, current sales have increased exponentially from 1 million cases to 16 million cases of wine per year.

15.     Today Delicato is a Top 10 U.S. wine supplier, the fifth largest winery in America, and the six-largest exporter of branded wine from the U.S. Delicato has continued to expand its vineyards and wineries throughout the state of California, with currently seven locations and over 6,000 acres of vineyards throughout California.

16.     Delicato's reputation for premium quality wine has also been recognized and celebrated throughout the United States and internationally, having received numerous awards and

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, FALSE ASSOCIATION, AND UNFAIR COMPETITION

recognition over the years for its high quality wine. In 2014, Delicato won Wine Enthusiast's Winery of the Year award, and in 2017 and 2018, Delicato won the "USA Wine Producer of the Year" awards at the International Wine & Spirits Competition.

17.     Delicato's increasing global success and reputation has allowed Delicato to become a global brand. Delicato offers for sale a global portfolio of premium wines, which includes its flagship BOTA BOX line of wines ("BOTA") and its NIGHTHAWK brand of "bold" premium wines.

18.     BOTA, Delicato's flagship brand of wine, is well known in the United States, with over eleven million (11,000,000) 9-liter cases of its BOTA wines sold each year. As the #1 three-liter (3L) premium box wine in the United States, BOTA wines is a major brand in this market and continues to grow rapidly. As a testament to the success of Delicato's BOTA brand of wines, BOTA wines have received Shanken's Impact "Hot Brand" awards each year for at least twelve (12) consecutive years and Beverage Dynamics "Growth Brands" awards for eleven (11) consecutive years.

19.     In 2015, Delicato launched its "Nighthawk by Bota" brand, which comprise its NIGHTHAWK BLACK and NIGHTHAWK GOLD brands. Given the immense success of Delicato and its BOTA brand of wines, it is no surprise that its Nighthawk brand has enjoyed similar success, notoriety, and accolades.  In 2016, NIGHTHAWK BLACK was rated the #1 Red Wine Best Buy of the Year by Wine Enthusiast in November 2016. Within the BOTA brand of wines, the NIGHTHAWK brand sells over two million (2,000,000) 9 Liter cases a year.

20.     By maintaining its ethics, core beliefs, and commitment to quality, Delicato has grown from its humble beginnings to become among the top 10 wine companies in the United States, and among the fastest growing wine companies in the world.

### The Nighthawk Trademarks And Trade Dress

21.     Plaintiff has been using its NIGHTHAWK brand in commerce in connection with wine since at least as early as October 1, 2015.

22.     Delicato uses and owns the following federally-registered trademarks to identify its NIGHTHAWK brands of wine (the Nighthawk Trademarks) as detailed below:

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| Reg. No. | Mark | Reg. Date | First Use in Commerce | Goods |
|----------|------|-----------|----------------------|-------|
| 4872072 | **NIGHTHAWK BLACK** | December 15, 2015 | October 1, 2015 | Class 33: Alcoholic beverages except beers. |
| 5808652 | **NIGHTHAWK GOLD** | July 16, 2019 | May 24, 2019 | Class 33: Alcoholic beverages except beers. |
| 6155170 | **NIGHTHAWK BY BOTA** | September 15, 2020 | July 16, 2020 | Class 33: Alcoholic beverages except beers. |

23.     The above U.S. registrations for the Nighthawk Trademarks are valid, subsisting, and in full force and effect. True and correct copies of these registrations certificates, obtained from the Trademark Status Document Retrieval ("TSDR") database of the United States Patent and Trademark Office, are attached hereto as **EXHIBIT A**. The registrations constitute *prima facie* evidence of their validity and of Delicato's exclusive right to use these trademarks pursuant to 15 U.S.C. § 1057(b). Plaintiff's NIGHTHAWK BLACK trademark (reg. no. 4872072) is incontestable.

24.     The Nighthawk Trademarks are highly distinctive, arbitrary marks. Thus, they are afforded a high degree of trademark protection.

25.     Defendants' use of a bird of prey and nighttime background creates a graphic representation of Plaintiff's registered NIGHTHAWK trademarks.

26.     Delicato also owns common law trade dress rights in its NIGHTHAWK BLACK and

   

COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, FALSE ASSOCIATION, AND UNFAIR COMPETITION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

NIGHTHAWK GOLD product label designs (the Nighthawk Trade Dress) depicted below:

 

27.     The key components of the Nighthawk Trade Dress are 1) a bird of prey, 2) a dawn, evening, or night sky background (which reflects the color and flavor notes of the wine), and 3) the mountainous backdrop.

28.     Delicato has been using the bird of prey, evening or night sky background, and tree components of the Nighthawk Trade Dress as part of its product packaging since as early as 2015.

29.     Delicato incorporated the mountains as additional features of the Nighthawk Trade Dress in 2019, and has been using the overall Nighthawk Trade Dress in commerce on its product packaging since.

30.     Delicato owns common law trademark rights in the Nighthawk Trade Dress due to Delicato's substantial and continuous use of the unique and distinctive Nighthawk Trade Dress in commerce.

31.     The Nighthawk Trade Dress is distinctive, non-functional, and communicates to consumers the source of the "bold" line of high-quality wine offered for sale by Delicato.

32.     Due to the immense success of Delicato, its BOTA brand, and its Nighthawk brand of wines, consumers recognize the bird of prey element of the Nighthawk Trade Dress as linked to Delicato, and a well-priced, premium quality, good-tasting product.

33.     The Nighthawk Trademarks and Trade Dress are inherently distinctive, and/or have acquired consumer goodwill and brand loyalty as evidenced by the awards and sales of the Nighthawk by Bota brand.

COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, FALSE ASSOCIATION, AND UNFAIR COMPETITION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**Defendants' Unlawful Conduct**

34.     Defendants market, offer, and sell a variety of wines under the FRONTERA brand, including both bottled and boxed wine.

35.     Delicato and Defendants' bottled and boxed wine goods are sold in stores and locations that sell wine and other alcoholic beverages throughout the United States.

36.     In or around October 2020, Delicato became aware that Defendants were producing wine under their FRONTERA brand with product packaging (depicted below) that infringes upon and copies the overall look and feel of the Nighthawk Trademarks and Trade Dress (the infringing goods):



37.     As illustrated above, Defendants' infringing goods features: 1) a bird of prey, 2) an evening or nighttime setting, and 3) a mountainous background, the key elements of the Nighthawk Trade Dress.

38.     Defendants are not affiliated or associated with Delicato and have never been authorized or licensed to use the Nighthawk Trademarks or Designs in connection with the sale or offering for sale of any goods or services.

39.     Both Delicato's and Defendants' wine goods are offered for sale, and sold in stores that sell wine and alcoholic beverages throughout the United States.

7

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

40.     As a matter of law, the Defendants were on notice of Delicato's trademark rights in the Nighthawk Trademarks prior to offering for sale its infringing goods.

41.     Prior to filing this action, Delicato notified Defendants of their infringing use of the Nighthawk Trade Dress and Nighthawk Trademarks, and demanded that Defendants cease such infringing use. Defendants failed to cease their infringing activity upon being notified, and continue to incorporate product label designs that copy the look and feel of the Nighthawk Trade Dress and infringes on Nighthawk Trademarks by creating a graphic representation of Delicato's Nighthawk Trademarks.

42.     On information and believe, over the past year, Defendants have methodically revised their label designs and packaging in connection with the introduction of their 3-liter box wine product in the United States to incorporate additional elements of Delicato's Nighthawk Trade Dress to the point where a likelihood of confusion exists.

43.     On information and belief, when Defendants entered the 3-liter box wine market in the United States only, they changed their branding from the Frontera mountain design, an example shown below, and which they still use on bottles of wine, to one that looked more like a competitor's popular branding, namely Delicato's successful and popular Nighthawk Trade Dress and Nighthawk Trademarks, as illustrated below:




COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, FALSE ASSOCIATION, AND UNFAIR COMPETITION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

44.     On information and belief, Defendants announced the debut of their box wine product in December 2020, as can be seen in the press release found at https://www.prnewswire.com/news-releases/frontera-celebrates-release-of-new-format-with-latin-grammy-acoustic-session-301172160.html, and began offering for sale, and selling their  FRONTERA box wine with the infringing product label in the United States wine markets.

45.     Defendants offer for sale, and sell identical varietals of wine in boxes to those Delicato sells under their infringing FRONTERA product label including Sauvignon Blanc, Cabernet Sauvignon, and Red Wine Blends.

46.     Defendants are using the infringing product label featuring a bird of prey, an evening/night sky background, and a mountainous backdrop on the packaging of their 3-liter FRONTERA boxed wines that are marketed and sold in the United States.

47.     On information and belief, Defendants first began using the bird of prey on its FRONTERA product packaging once it entered the 3-liter boxed wine category and began marketing, offering for sale, and selling its FRONTERA 3-liter boxed wine in the United States.

48.     On information and belief, Defendants did not use the bird of prey on its FRONTERA product packaging prior to entering the 3-liter boxed wine market in the United States.

49.     On information and belief, Defendants use a different product label for its boxed wine products that are marketed and sold outside of the United States. For example, on information and believe, the below product label shows the label used for FRONTERA 3-liter boxed wine goods sold in Canada depict a stark contrast from the infringing product label Defendants use in the United States:



9

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4     50.    The evolution of Defendants goods to the current infringing goods in the United

5     States is depicted below:

6
7
8
9
10
11
12

  

13    51.    As shown above, Defendants' 3-liter boxed wine product incorporates the key

14    elements of Plaintiff's successful Nighthawk Trademarks and the Nighthawk Trade Dress into their

15    own product packaging leading up to the current infringing goods, which now copy all of the key

16    elements of the Nighthawk Trade Dress, and are likely to confuse or mislead the consuming public

17    into believing that Defendants goods and Delicato's goods are affiliated or originate from the same

18    source.

19    52.    Further, Defendants' unauthorized use of 1) the bird of prey and 2) evening and night

20    sky on its product label creates a graphic representation and legal equivalent of Delicato's

21    Nighthawk trademarks in the minds of consumer, and thus confuse or mislead the consuming public

22    into believing that Defendants' goods and Delicato's goods are affiliated or originate from the same

23    source.

24    53.    Accordingly, Defendants' unauthorized use of the key elements of the Nighthawk

25    Trade Dress on its products is with a deliberate intent to trade on the goodwill of the Delicato name

26    and Nighthawk brand, and with the deliberate attempt to create a false impression as to source of

27    sponsorship or affiliation of Defendants' products.

28    54.    The goodwill that Delicato has built up on its Nighthawk brand of wines, Nighthawk

Trademarks, and unique Nighthawk Trade Dress is jeopardized by Defendants' misappropriation of the Nighthawk Trademarks and Nighthawk Trade Dress to sell its own infringing goods.

## FIRST CAUSE OF ACTION

## TRADEMARK INFRINGEMENT

## [15 U.S.C. § 1114]

55.    Plaintiff Delicato repeats and realleges the allegations set forth in Paragraphs 1-54 as it is fully set forth herein.

56.    Defendants' use of a bird of prey, and evening or night sky on the product packaging of its FRONTERA wines creates a visual representation and legal equivalent of the mark NIGHTHAWK in Plaintiff's registered Nighthawk Trademarks, which is likely to confuse or deceive consumers into believing that Defendants' goods are affiliated with Plaintiff or originate from the same source.

57.    Due to Defendants' use of the bird of prey and night sky on its wine product labels and packaging, consumers will likely create the same mental image (i.e. a "Night Hawk") from Defendants' infringing goods as they would for Delicato's Nighthawk Trademarks. Thus, Defendants' unauthorized use of the elements of the Nighthawk Trade Dress is likely to create consumer confusion as to source or origin of Defendants' goods.

58.    Given Delicato's fame, reputation, and goodwill in the global wine industry, consumers will associate wine product labels and packaging consisting of a bird of prey, night sky, and mountainous background with Delicato and its NIGHTHAWK brand.

59.    Defendants' identical use of the bird of prey and evening or night sky on its product label and packaging creates an overall commercial impression that is identical to Delicato's Nighthawk Trademarks.

60.    As a result of the Defendants' unauthorized use of imagery that creates an identical graphic representation of the Nighthawk Trademarks, consumers are likely to be confused, deceived, or mistaken as to the source of Defendants' goods.

61.    Defendants' violation of Delicato's federal trademark rights in the Nighthawk Trademarks is knowing, deliberate, willful, intended to mislead, and are in disregard of Delicato's

11

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   rights.

2      62.    Defendants' unlawful and deceptive misappropriation of the Nighthawk Trademarks

3   constitutes trademark infringement in violation of 15 U.S.C. § 1114.

4      63.    Delicato has no adequate remedy at law, and if Defendants' actions are not enjoined,

5   Delicato will suffer irreparable harm to its reputation and the associated goodwill of its brand,

6   including its NIGHTHAWK brand.

7                          **SECOND CAUSE OF ACTION**

8                          **FALSE DESIGNATION OF ORIGIN**

9                             **[15 U.S.C. § 1125(a)]**

10     64.    Plaintiff Delicato repeats and realleges the allegations set forth in Paragraphs 1-63 as

11  it is fully set forth herein.

12     65.    Delicato has been using the NIGHTHAWK brand in connection with wine since at

13  least as early as 2015.

14     66.    Defendants have misappropriated the Nighthawk Trademarks by using imagery that

15  creates an identical graphic representation of the Nighthawk Trademarks.

16     67.    Given Delicato's fame, reputation, and goodwill in the global wine industry,

17  consumers will mistakenly associate Defendants' identical wine product label and packaging

18  consisting of a bird of prey, evening or night sky, and mountainous background with Delicato and its

19  NIGHTHAWK brand.

20     68.    Defendants' unlawful, deceptive, and misleading misappropriation of the Nighthawk

21  Trademarks constitutes false designation of origin in violation of 15 U.S.C. § 1125(a).

22     69.    Delicato has no adequate remedy at law, and if Defendants' actions are not enjoined,

23  Delicato will suffer irreparable harm to its reputation and the associated goodwill of its brand,

24  including its NIGHTHAWK brand.

25                         **THIRD CAUSE OF ACTION**

26                         **TRADE DRESS INFRINGEMENT**

27                            **[15 U.S.C. § 1125(a)]**

28     70.    Plaintiff Delicato repeats and realleges the allegations set forth in Paragraphs 1-69 as

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

it is fully set forth herein.

71.     Defendants have unlawfully copied and misappropriated the Nighthawk Trade Dress by using identical imagery on their product label and packaging that copies the key elements and overall look and feel of the Nighthawk Trade Dress. Specifically, Defendants' product label and packaging consists of a 1) bird of prey, 2) an evening or night sky background, with 3) a mountainous backdrop.

72.     Defendants' use of the Nighthawk Trade Dress is likely to cause confusion, mistake, and deception among consumers and the public as to the source, origin, sponsorship, affiliation, nature and/or quality of Defendants' goods, thereby causing loss, damage, and injury to Delicato.

73.     Defendants' violation of Delicato's common law trademark rights in the Nighthawk Trade Dress is knowing, deliberate, willful, intended to mislead, and are in disregard of Delicato's rights.

74.     By copying Delicato's Nighthawk Trade Dress on its own product label and packaging, Defendants seek to profit and otherwise benefit from Delicato's fame, brand reputation, and goodwill.

75.     Defendants' unlawful misappropriation of the Nighthawk Design constitutes trade dress infringement in violation of 15 U.S.C. § 1125(a).

76.     Delicato has no adequate remedy at law, and if Defendants' actions are not enjoined, Delicato will suffer irreparable harm to its reputation and the associated goodwill of its brand, including its NIGHTHAWK brand.

## FOURTH CAUSE OF ACTION

## COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

### [CAL. BUS. & PROF. CODE § 17200]

77.     Plaintiff Delicato repeats and realleges the allegations set forth in Paragraphs 1-76 as it is fully set forth herein.

78.     Defendants' misappropriation of the Nighthawk Trade Dress and Nighthawk Trademarks is likely to cause confusion, mistake, and deception among consumers and the public as to the source, origin, sponsorship, affiliation, nature and/or quality of Defendants' goods, thereby

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, FALSE ASSOCIATION, AND UNFAIR COMPETITION

1    causing loss, damage, and injury to Delicato.

2        79.    Defendants' unlawful misappropriation of the Nighthawk Trade Dress and

3    Nighthawk Trademarks constitutes trademark infringement and unfair competition in violation of

4    Cal. Bus. & Prof. Code § 17200.

5        80.    Delicato has no adequate remedy at law, and if Defendants' actions are not enjoined,

6    Delicato will suffer irreparable harm to its reputation and the associated goodwill of its brand,

7    including its NIGHTHAWK brand.

8                          **PRAYER FOR RELIEF**

9        WHEREFORE, Delicato requests entry of judgment against Defendant as follows:

10        1.    That Defendants, their affiliates, officers, agents, servants, employees, attorneys,

11    dealers, confederates, and all persons acting for, with, by, through, under, or in active concert with

12    them be temporarily, preliminarily, and permanently enjoined and restrained from offering for sale,

13    promoting, and advertising products comprising the Nighthawk Trade Dress, or any mark, name, or

14    trade dress confusingly similar to the Nighthawk Trade Dress and the Nighthawk Trademarks;

15        2.    Requiring that Defendants surrender, pursuant to 15 U.S.C. § 1118 and/or 17 U.S.C. §

16    503, for destruction of the infringing goods, and all merchandise, advertisement and promotional

17    materials, signage, and all other materials related to the Nighthawk Trade Dress and Nighthawk

18    Trademarks, or any mark, name, or trade dress confusingly similar thereto, in any form or in any

19    manner, or infringe upon the Nighthawk Trade Dress and Nighthawk Trademarks;

20        3.    As judgment ordering Defendants pursuant to 15 U.S.C. § 1116(a), to file with the

21    Court and serve upon Delicato within thirty (30) days after entry of the injunction, a report in writing

22    under oath setting forth in detail the manner and form in which Defendants have complied with the

23    injunction and ceased all use and/or ceased offering of the infringing goods as set forth above.

24        4.    Requiring that Defendants, pursuant to 15 U.S.C. § 1117, account to Delicato in the

25    said report for any and all profits, gains, and advantages derived from the willful and unauthorized

26    misappropriation of the Nighthawk Trade Dress and Nighthawk Trademarks, or any mark, name, or

27    trade dress confusingly similar to the Nighthawk Trade Dress and Nighthawk Trademarks;

28        5.    Requiring that Defendants, pursuant to 15 U.S.C. § 1117, pay to Delicato all profits

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

obtained by Defendants based on their unlawful, willful and unauthorized misappropriation of the Nighthawk Trade Dress and Nighthawk Trademark, or any mark, name, or trade dress confusingly similar to the Nighthawk Trade Dress and Nighthawk Trademarks;

6.      Awarding compensatory, consequential, statutory, special, and/or punitive damages, including treble damages, to Delicato in an amount to be determined at trial;

7.      Awarding to Delicato its costs and disbursements incurred in this action, including reasonable attorneys' fees; and

8.      Awarding any and all other relief that this Court deems just and equitable.


DATED: March 15, 2021          REED SMITH LLP

                               By: */s/ Katherine M. Basile*
                                   Katherine M. Basile (SBN 132518)
                                   Jason E. Garcia (SBN 198177)
                                   Donald A. Cespedes (SBN 321650)
                                   Attorneys for Plaintiff
                                   DELICATO VINEYARDS

1

**DEMAND FOR JURY TRIAL**

2   Plaintiff, Delicato, hereby demands a jury trial as provided by Rule 38 of the Federal Rules

3   of Civil Procedure for all claims properly submitted to a jury.

4

5   DATED: March 15, 2021        REED SMITH LLP

6                               By: */s/ Katherine M. Basile*
                                    Katherine M. Basile (SBN 132518)
7                                   Jason E. Garcia (SBN 198177)
                                    Donald A. Cespedes (SBN 321650)
8                                   Attorneys for Plaintiff
                                    DELICATO VINEYARDS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, FALSE ASSOCIATION,
AND UNFAIR COMPETITION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# EXHIBIT A

COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, FALSE ASSOCIATION, AND UNFAIR COMPETITION

# United States of America

### United States Patent and Trademark Office

# NIGHTHAWK BY BOTA

**Reg. No. 6,155,170**

**Registered Sep. 15, 2020**

**Int. Cl.: 33**

**Trademark**

**Principal Register**

Delicato Vineyards  (CALIFORNIA CORPORATION)
12001 S. Highway 99
Manteca, CALIFORNIA 95336

CLASS 33: Alcoholic beverages except beers

FIRST USE 7-16-2020; IN COMMERCE 7-16-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3519182, 5808652, 4872072

The English translation of "BOTA" in the mark is "BOOT".

SER. NO. 88-689,812, FILED 11-12-2019





Director of the United States
Patent and Trademark Office

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# United States of America

## United States Patent and Trademark Office

# NIGHTHAWK BLACK

**Reg. No. 4,872,072**
**Registered Dec. 15, 2015**

DELICATO VINEYARDS (CALIFORNIA CORPORATION)
12001 S. HWY 99
MANTECA, CA 95336

**Int. Cl.: 33**

FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 10-1-2015; IN COMMERCE 10-1-2015.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-584,432, FILED 4-1-2015.

RUDY R. SINGLETON, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

2

# United States of America

## United States Patent and Trademark Office

# NIGHTHAWK GOLD

**Reg. No. 5,808,652**

**Registered Jul. 16, 2019**

**Int. Cl.: 33**

**Trademark**

**Principal Register**

Delicato Vineyards  (CALIFORNIA CORPORATION)
12001 S. Highway 99
Manteca, CALIFORNIA 95336

CLASS 33: Alcoholic beverages except beers

FIRST USE 5-24-2019; IN COMMERCE 5-24-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4872072

SER. NO. 88-173,475, FILED 10-29-2018



Director of the United States
Patent and Trademark Office

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

3