AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DELICATO VINEYARDS <br><br> *Plaintiff(s)* <br><br> v. <br><br> VIÑA CONCHA Y TORO S.A.; FETZER VINEYARDS <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VIÑA CONCHA Y TORO S.A.
Casilla 213
Nueva Tajamar 481 Norte Piso 15 Las, Santiago Chile F3;

FETZER VINEYARDS
12901 Old River Road Hopland. CA 95449

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason E. Garcia (SBN 198177); Katherine M. Basile (SBN 132518); Donald A. Cespedes (SBN 321650), REED SMITH LLP, P.O.BOX 10012, PALO ALTO, CA 94303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/15/2021

*Signature of Clerk or Deputy Clerk*