Katherine M. Basile (SBN 132518)
Email: kbasile@reedsmith.com
Jason E. Garcia (SBN 198177)
Email: jgarcia@reedsmith.com
Donald A. Cespedes (SBN 321650)
Email: dcespedes@reedsmith.com
REED SMITH LLP
1841 Page Mill Road Suite 110
Palo Alto, CA 94304
Telephone:   +1 650 352 0500
Facsimile:   +1 650 352 0699

Attorneys for Plaintiff Delicato Vineyards

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELICATO VINEYARDS,<br><br>Plaintiff,<br><br>vs.<br><br>VINA CONCHA Y TORO, S.A. and FETZER VINEYARDS,<br><br>Defendants. | Civil Action No.: 4:21-cv-01787-YGR<br><br>[PROPOSED] ORDER GRANTING APPROVAL OF PLAINTIFF'S CHANGE IN LEGAL ENTITY STATUS |

Upon consideration of Plaintiff's Notice of Change in Legal Entity Status, it is hereby ORDERED that Plaintiff's change in legal entity status be acknowledged and GRANTED.

**IT IS SO ORDERED**.

Dated: July 28, 2021

*[signature]*
Hon. Yvonne Gonzalez Rogers
United States District Judge