1  Katherine M. Basile (SBN 132518)
2  Seth B. Herring (SBN 253907)
   REED SMITH LLP
3  Email: kbasile@reedsmith.com
   Email: sherring@reedsmith.com
4  1841 Page Mill Road, Suite 110
5  Palo Alto, CA 94304
   Telephone: 1-650-352-0500
6  Facsimile: 1-650-352-0699

   Elizabeth A. Alquist
   (admitted pro hac vice)
   Andraya Pulaski Brunau
   (admitted pro hac vice)
   DAY PITNEY LLP
   242 Trumbull Street
   Hartford, CT 06103
   Phone: 1-860-275-0100
   Fax: 1-860-275-0343
   eaalquist@daypitney.com

   Attorneys for Plaintiff,
   Delicato Vineyards, LLC

   Attorneys for Defendants
   Viña Concha y Toro, S.A., and
   Fetzer Vineyards

   William A. White (SBN 121681)
   HILL, FARRER & BURRILL LLP
   One California Plaza, 37th Floor
   300 South Grand Avenue
   Los Angeles, CA 90071
   Phone: 1-213-620-0460
   Fax: 1-213-624-4840
   wwhite@hfbllp.com

   Attorneys for Defendants
   Viña Concha y Toro and Fetzer Vineyards

   **IT IS SO ORDERED**
   /s/ Yvonne Gonzalez Rogers
   Judge Yvonne Gonzalez Rogers
   12/6/2021

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

   | | |
   |---|---|
   | DELICATO VINEYARDS,<br><br>        Plaintiff,<br><br>     v.<br><br>VINA CONCHA Y TORO S.A. and FETZER VINEYARDS,<br><br>        Defendant. | Case No. 4:21-cv-01787-YGR<br><br>**JOINT STIPULATION OF DISMISSAL** |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Delicato Vineyards, LLC ("Plaintiff") and Defendants Viña Concha y Toro, S.A. and Fetzer Vineyards ("Defendants") hereby stipulate to dismiss the above-captioned action with

prejudice and without costs or fees to any party.

Respectfully submitted,

Dated:  December 3, 2021     **REED SMITH LLP**

By: */s/ Katherine M. Basile*
    Katherine M. Basile
    Attorneys for Plaintiff
    DELICATO VINEYARDS, LLC

Dated:  December 3, 2021     **DAY PITNEY LLP**

By: */s/ Elizabeth A. Alquist*
    Elizabeth A. Alquist (admitted pro hac vice)
    Andraya Pulaski Brunau (admitted pro hac vice)
    Attorneys for Defendants
    VIÑA CONCHO Y TORO, S.A. and
    FETZER VINEYARDS

Dated:  December 3, 2021     **HILL, FARRER & BURRILL LLP**

By: */s/ William A. White*
    William A. White
    Attorneys for Defendants
    VIÑA CONCHA Y TORO AND FETZER
    VINEYARDS

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA
300 S. GRAND AVENUE, 37TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3147